**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**YIEH CORPORATION LIMITED, a
Hong Kong corporation**

       **Plaintiff,**

**v.**                                       **Case No: 5:16-cv-262-Oc-37PRL**

**METRO STEEL PIPE & SUPPLY, INC.**

       **Defendant.**

_____

### ORDER

    This case is before the Court for consideration of Plaintiff's Motion to Extend Time to Complete Discovery (Doc. 21).   Plaintiff requests a brief enlargement of time through March 1, 2017 to complete discovery.   Plaintiff also represents that the current discovery deadline is February 10, 2017 (which is the same day the motion was filed), and that enlargement of the discovery deadline will not affect other deadlines in the case.   The Court notes that this is the second requested extension of the discovery deadline.

    Plaintiff further represents that "On February 10, 2017, the undersigned counsel requested the consent of the defendant to the relief requested in this motion, but has not received a response as of the time of filing."   Plaintiff's motion was filed February 10, 2017, and Plaintiff has not supplemented its motion since then.

    Plaintiff's representation does not appear to comply with the letter and spirit of Local Rule 3.01(g), which requires the moving party to confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion.   Local Rule 3.01(g) specifically provides:

A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer. The moving party retains the duty to contact opposing counsel expeditiously after filing and to supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion.

Accordingly, upon due consideration Plaintiffs' motion (Doc. 23) is **DENIED**.   The

parties are reminded of their obligations to confer under Local Rule 3.01(g) and the district judge's

notice about it in the .Case Management and Scheduling Order (see, e.g., Doc. 18, p. 2 & 5).

**DONE** and **ORDERED** in Ocala, Florida on February 16, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -